UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT D. ROBINSON,

        Petitioner,        Case No. 13-13145
                               HON. JOHN CORBETT O'MEARA

v.

KENNETH MCKEE,

        Respondent.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed the report and recommendation filed March 12, 2014, by Magistrate Judge Paul Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court.

                                 s/John Corbett O'Meara
                                 United States District Judge

Date:  March 28, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 28, 2014, using the ECF system and/or ordinary mail.

                                 s/William Barkholz
                                 Case Manager