UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT D. ROBINSON,

       Petitioner,

Case No.  13-13145

Honorable John Corbett O'Meara

v.

KENNETH McKEE,

       Respondent.

_____/

**ORDER DENYING PETITIONER'S
APRIL 10, 2014 MOTION FOR RECONSIDERATION**

This matter came before the court on petitioner LaMont D. Robinson's April 10, 2014 motion for reconsideration of the court's March 28, 2014 order adopting the magistrate judge's report and recommendation.  No response was filed and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication.  The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

Petitioner Robinson's motion for reconsideration "merely present[s] the same issues ruled upon by the court, either expressly or by reasonable implication."  Robinson has failed to "demonstrate a palpable defect by which the court and the parties . . . have been misled."  Accordingly, the court must deny his motion for reconsideration.

**ORDER**

Therefore, it is hereby **ORDERED** that defendant LaMont D. Robinson's April 10, 2014 motion for reconsideration is **DENIED.**

                        s/John Corbett O'Meara
                        United States District Judge

Date:  August 21, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 21, 2014, using the ECF system and/or ordinary mail.

                        s/William Barkholz
                        Case Manager